U.S. Department of Justice
United States Marshals Service

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| United States of America | 3:01Cv00538(AHN) |
| DEFENDANT | TYPE OF PROCESS |
| David A. James | writ of garnishment |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Nextel Communications, Payroll

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
100 Corporate Place, Rocky Hill, CT  06067

SEE REMARKS BELOW

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Christine Sciarrino
U.S. Attorney's Office
157 Church St.
New Haven, Ct.  06510

| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

process includes a copy of the application, the writ, instuctions to the garnishee and the Clerk's notice.

phone: 860-513-5400

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 203-821-3700
DATE: 8-19-03

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No.: 14
District to Serve No.: 23
Signature of Authorized USMS Deputy or Clerk: EVA
Date: 9/26/03

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): DANIEL SINFOLETTA, SR. DIR. EMPLOYEE SVCS.   703-932-7428

☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Date of Service: 1/28/04
Time: 11:45 am/pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 37 X .37 / 13.96 | | 45 | 58.69 | | |

REMARKS: (703) 433-4000 Steve (Garn. Ser)
SERVE AT: NEXTEL COMMUNICATIONS
1505 FARM CREDIT DR.
MCLEAN, VA  22102    ATTN: GARNISHMENTS

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |